WK:SMS
F. #2006R00157

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                        92-MJ-1112

CAPALDO, et al,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Sophia M. Suarez from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Sophia M. Suarez
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-7480
    Cell:  (347) 645-1499
    Email:  Sophia.Suarez@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sophia M. Suarez at the email address set forth above.

Dated:  Brooklyn, New York
        April 15, 2022

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                                By:     /s/ Sophia M. Suarez
                                        Sophia M. Suarez
                                        Assistant U.S. Attorney

cc:     Clerk of the Court